```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
```

FILED

JAN 1 5 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>              Plaintiff,           )<br>                                   )<br>     v.                            )<br>                                   )<br> RALONDRIA STAFFORD,               )<br>                                   )<br>              Defendant.           )<br> _____ ) | 2:08-MJ-0333 EFB<br><br>ORDER |

Petition having been made to the Court to unseal the above named complaint and the Court having considered the petition and finding good cause therefor;

IT IS HEREBY ORDERED that the complaint named above, the Application for Sealing, and the Court's Order sealing the complaint be unsealed.

DATED: Jan. 14, 2009

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
United States Magistrate

3