LAWRENCE G. BROWN
Acting United States Attorney
KYLE F. REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2782



FILED

JAN 22 2009



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-0037 MCE |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 1343 – Wire Fraud; 18 U.S.C. § 1344 – Bank Fraud; 18 U.S.C. § 1957 – Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity (Two Counts) |
| v. | |
| RALONDRIA STAFFORD, and NECOLE WARD, | |
| Defendants. | |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 1343 – Wire Fraud]

   The Grand Jury charges:

               RALONDRIA STAFFORD, and
                    NECOLE WARD,

defendants herein, as follows:

### I.  INTRODUCTION

   1.  At all times relevant to this Indictment, People's Choice Home Loans provided mortgage lending for residential home purchases.

   2.  At all times relevant to this Indictment, National City Mortgage was a subsidiary of National City Bank, a federally insured financial institution.  National City Mortgage provided mortgage

1

1 | lending for residential home purchases.

2 |     3.    At all times relevant to this Indictment, Chicago Title
3 | Company was a real estate service corporation providing title and
4 | escrow closing services.

5 |     4.    At all times relevant to this Indictment, Financial Title
6 | Company was a real estate service corporation providing title and
7 | escrow closing services.

8 |     5.    At all times relevant to this Indictment, defendants
9 | RALONDRIA STAFFORD and NECOLE WARD resided in the Vallejo, California
10 | area.  Defendants STAFFORD and WARD worked as licensed real estate
11 | agents, selling properties in and around the Vallejo area.  Together
12 | they formed RN Realty, a real estate office located at 301 George
13 | Plaza, Vallejo, California, on or about May 18, 2004.

14 |     6.    At all times relevant to this indictment, defendant
15 | RALONDRIA STAFFORD owned the residence located at 230 Echo Summit
16 | Road, Vallejo, California.

17 |     7.    At all times relevant to this indictment, defendant NECOLE
18 | WARD owned the residence located at 9427 Berkshire Lane, Vallejo,
19 | California.

20 |                  II.    THE SCHEME TO DEFRAUD

21 |     8.    Beginning on a date unknown to the Grand Jury, but not
22 | later than on or about July 1, 2005, and continuing through on or
23 | about April 17, 2006, in the State and Eastern District of California
24 | and elsewhere, defendants RALONDRIA STAFFORD and NECOLE WARD did
25 | devise and intend to devise a material scheme and artifice to defraud
26 | financial institutions, and to obtain money from them by means of
27 | materially false and fraudulent pretenses, representations and
28 | promises.

### III. WAYS AND MEANS

9.  In furtherance of the fraud, defendants RALONDRIA STAFFORD and NECOLE WARD employed, among others, the following ways and means:

(a)  Beginning not later than in or about April 2005, defendants RALONDRIA STAFFORD and NECOLE WARD began using straw buyers to purchase properties that they owned. The buyers were approached and offered $5,000 for the use of their name and financial information. Defendant STAFFORD represented to the buyers that the purchase would be in name only and that defendant STAFFORD would purchase the properties back from the straw buyers in six to 12 months.

(b)  In or about August 2005, defendants RALONDRIA STAFFORD and NECOLE WARD sold defendant STAFFORD's property at 230 Echo Summit Road, Vallejo, California to straw buyer "J.G." People's Choice Home Loans provided the loan to the straw buyer based partly upon information contained in a Uniform Residential Loan Application prepared by defendant WARD and signed by the straw buyer. This application contained materially false information concerning the straw buyer's income, employment, and the purpose of the purchased location as a primary residence. Attached to the application were falsified Internal Revenue Service form W-2s and a lease agreement.

(c)  On or about August 23, 2005, Chicago Title Company wired $171,096.22 to defendant RALONDRIA STAFFORD's Union Bank of California account number xxxxxxx690. This money represented defendant STAFFORD's equity in the Echo Summit property and her profit from the sale. On that same day, defendant STAFFORD wired $120,000 of the settlement from her Union Bank account into her US Bank account number xxxxxxxx4270.

(d)  In or about April 2006, defendants RALONDRIA STAFFORD and NECOLE WARD sold defendant WARD'S house at 9427 Berkshire Lane, Vallejo, California to straw buyer "C.S." National City Mortgage provided the loan to the straw buyer based partly upon information contained in a Uniform Residential Loan Application prepared by defendants STAFFORD and WARD and signed by the straw buyer. This application contained materially false information, concerning the straw buyer's income, employment, the purpose of the purchased locations as a primary residence.

(e)  On or about April 17, 2006, Financial Title Company wired $97,279.00 to defendant NECOLE WARD. This money represented defendant WARD's equity in the Berkshire Lane property and her profit from the sale. Defendant WARD directed that this money be disbursed by Financial Title Company to various persons and entities, including approximately $30,000 into her Patelco Credit Union account number xxxxxx470 and approximately $31,279.92 into defendant RALONDRIA STAFFORD's US Bank account number xxxxxxxx4270. On that same day, defendant WARD wrote a personal check to the United States Treasury in the amount of $16,160 from her Patelco Credit Union account.

## IV.  THE INTERSTATE WIRE COMMUNICATIONS

10.  On or about the dates set forth below, in the State and Eastern District of California, for the purpose of executing and attempting to execute the aforementioned scheme and artifice to defraud, defendants RALONDRIA STAFFORD and NECOLE STEWART did knowingly cause to be transmitted by means of wire in interstate and foreign commerce, the writings, signs, signals and sounds specified below:

///

4

| Date | From | Through | To | Contents |
|---|---|---|---|---|
| 8/23/05 | California | New York | California | Wire transfer of $171,096.22 from Chicago Title Company's Bank of America account to defendant STAFFORD's Union Bank of California account |

All in violation of Title 18, United States Code, Section 1343.

COUNT TWO: [18 U.S.C. § 1344 - Bank Fraud]

The Grand Jury further charges: T H A T

RALONDRIA STEWART, and
NECOLE WARD,

defendants herein, between on or about February 1, 2006, and on or about April 17, 2006, in the State and Eastern District of California, did knowingly execute and attempt to execute a material scheme and artifice to defraud financial institutions and obtain the monies and funds owned by and under the custody and control of these federally insured financial institution by means of materially false and fraudulent pretenses, representations, and promises, to wit: the defendant's submitted to National City Mortgage a Uniform Residential Loan Application containing materially and false and fraudulent representations and promises and as a result wrongfully obtained in excess of $90,000, all in violation of Title 18, United States Code, Sections 1344.

COUNT THREE: [18 U.S.C. § 1957 - Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity]

The Grand Jury further charges:  T H A T

RALONDRIA STAFFORD,

defendant herein, on or about August 23, 2005, in the Eastern

District of California, did knowingly engage and attempt to engage in a monetary transaction affecting interstate commerce, in criminally derived property of a value greater than $10,000, to wit: she transferred $120,000 from her account number 82xxxxx690 at Union Bank of California, a financial institution as defined in Section 1956(c)(6) of Title 18, United States Code, into her account number 153xxxxx4270 at US Bank, a financial institution as defined in Section 1956(c)(6) of Title 18, United States Code, such funds having been derived from specified unlawful activity, that is, wire fraud in violation of Title 18, United States Code, Section 1343, all in violation of Title 18, United States Code, Section 1957.

COUNT FOUR: [18 U.S.C. § 1957 - Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity]

The Grand Jury further charges:   T H A T

NECOLE WARD,

defendant herein, on or about April 17, 2006, in the Eastern District of California, did knowingly engage and attempt to engage in a monetary transaction affecting interstate commerce, in criminally derived property of a value greater than $10,000, to wit: she initiated a withdrawal and transfer of $16,160 through a personal check from her Patelco Credit Union account number 32xxxxx470, a financial institution as defined in Section 1956(c)(6) of Title 18, United States Code, to the United States Treasury, such funds having

///
///
///
///
///

1  been derived from specified unlawful activity, that is, bank fraud in
2  violation of Title 18, United States Code, Section 1344, all in
3  violation of Title 18, United States Code, Section 1957.

         A TRUE BILL.

         /s/ Signature on file w/AUSA
         _____
         FOREPERSON

_/s/ Larry Brown_
LAWRENCE G. BROWN
Acting United States Attorney

7

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

## THE UNITED STATES OF AMERICA
*vs.*

## RALONDRIA STAFFORD and NECOLE WARD

---

### I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 1343 - Wire Fraud; 18 U.S.C. § 1344 - Bank Fraud; 18 U.S.C. § 1957 - Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity
(2 Counts)

---

*A true bill,*

_____/S/_____
*Foreman.*

---

*Filed in open court this* __22__ *day*
*of* __JANUARY__, *A.D.* 20 __09__

_____
*Clerk.*

---

*Bail, $* __**NO PROCESS NECESSARY**__

__**GREGORY G. HOLLOWS**__

---

GPO 863 525

**PENALTY SLIP**  2:09-CR-0037 MCE

| | |
|---|---|
| **DEFENDANTS:** | **RALONDRIA STAFFORD and NECOLE WARD** |
| COUNT ONE:<br>VIOLATION: | RALONDRIA STAFFORD AND NECOLE WARD<br><br>18 U.S.C. § 1343 - Wire Fraud |
| PENALTY: | Not more than 20 years Imprisonment,<br>Not more than $250,000, or both<br>TSR of 3 years |
| COUNT TWO:<br>VIOLATION: | RALONDRIA STAFFORD AND NECOLE WARD<br><br>18 U.S.C. § 1344 - Bank Fraud |
| PENALTY: | Not more than 30 years Imprisonment,<br>Not more than $1,000,000, or both<br>TSR of 5 years |
| COUNT THREE:<br>VIOLATION: | RALONDRIA STAFFORD<br><br>18 U.S.C. § 1957 - Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity |
| PENALTY: | Not more than 10 years Imprisonment,<br>Not more than $250,000, or both<br>TSR of 3 years |
| COUNT FOUR:<br>VIOLATION: | NECOLE WARD<br><br>18 U.S.C. § 1957 - Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity |
| PENALTY: | Not more than 10 years Imprisonment,<br>Not more than $250,000, or both<br>TSR of 3 years |
| PENALTY ASSESSMENT: | $100 EACH COUNT |