```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )   2:09-CR-37 MCE
12              Plaintiff,       )
                                 )   STIPULATION AND  ORDER
13    v.                         )   CONTINUING PRELIMINARY HEARING
                                 )   AND EXCLUDING TIME
14  RALONDRIA STAFFORD,          )
                                 )
15              Defendant.       )
    _____)
16
17       IT IS HEREBY STIPULATED by and between Assistant United States
18  Attorney Kyle Reardon, counsel for the plaintiff, and John Manning,
19  counsel for the defendant, that good cause exists to extend the
20  preliminary hearing currently set for Monday, January 26, 2009, at
21  2:00 p.m. to Tuesday, February 3, 2009, at 2:00 p.m., pursuant to
22  Federal Rule of Criminal Procedure 5.1(d).  This is the first
23  request by the parties for an extension of time for the preliminary
24  hearing.
25       Good cause exists to extend the time for the preliminary
26  hearing within the meaning of Rule 5.1(d) because more time will
27  permit the parties to perform additional investigation, evaluate the
28  evidence in this case, and discuss a possible pre-indictment
```

1

PDF created with pdfFactory trial version www.pdffactory.com

resolution.

Counsel further stipulate that an exclusion of time from now until Tuesday, February 3, 2009, is appropriate under the Speedy Trial Act because of the need for additional investigation. As a result, counsel for both parties believe time should be excluded under Local Code T4 to allow a reasonable time to prepare. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

```
                                    Respectfully Submitted,

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

Dated: January 21, 2009             /s/ Kyle Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney

Dated: January 21, 2009             /s/ Kyle Reardon for
                                    JOHN MANNING
                                    Counsel for the defendant
```

2

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for Monday, January 26, 2009, at 2:00 p.m., to Tuesday, February 3, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through Tuesday, February 3, 2009.

IT IS SO ORDERED.

Date: January 26, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

stafford.eot

PDF created with pdfFactory trial version www.pdffactory.com