JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RALONDRIA STAFFORD,<br><br>  Defendant. | CR NO. S-09-037 MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date:  September 17, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

    IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Kyle F. Reardon, Assistant United States Attorney, together with counsel for defendant Ralondria Stafford, John R. Manning, Esq., that the status conference presently set for September 17, 2009 be continued to October 15, 2009 at 9:00 a.m., thus vacating the presently set status conference. Counsel for both parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code 3161 (h) (7) (B) (iv) (continuity of counsel/reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference, October 15, 2009.

1  IT IS SO STIPULATED.

2  Dated: September 15, 2009            /s/ John R. Manning
3                                       JOHN R. MANNING
                                        Attorney for Defendant
4                                       Ralondria Stafford

5

6
   Dated: September 15, 2009            Lawrence G. Brown
7                                       Acting United States Attorney

8
                              by:       /s/ Kyle F. Reardon
9                                       KYLE F. REARDON
                                        Assistant U.S. Attorney
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RALONDRIA STAFFORD,<br><br>    Defendant. | CR NO. S-09-0037 MCE<br><br>ORDER TO CONTINUE STATUS CONFERENCE |

GOOD CAUSE APPEARING, it is hereby ordered that the September 17, 2009 status conference be continued to October 15, 2009 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time to for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to October 15, 2009.

DATED: September 17, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE