JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-09-037 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE |
| RALONDRIA STAFFORD, | |
| Defendant. | |

Ralondria Stafford, by and through her attorney, John R. Manning, and the United States of America, by and through its counsel, Kyle Reardon, and Pretrial Services Officer Taifa Gaskins, hereby jointly agree and stipulate to amend the defendant's conditions of release as follows:

Condition number 10 shall be added to the defendant's conditions of release, to read:

(10) You shall participate in a program of mental health or psychiatric treatment, as directed and approved by the Pretrial Services Officer.

Accordingly, all parties and Ms. Stafford agree with the above modifications.

1

Dated: March 31, 2010                    Respectfully submitted,

                                                /s/ John R. Manning  
                                                JOHN R. MANNING  
                                                Attorney for Defendant  
                                                Ralondria Stafford

                                                /s/ Kyle F. Reardon  
                                                KYLE F. REARDON  
                                                Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: April 6, 2010.

                                                [signature]  
                                                U.S. MAGISTRATE JUDGE