JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO. S-09-037 MCE |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| | ) CONTINUING STATUS CONFERENCE |
| RALONDRIA STAFFORD, | ) Date:  April 29, 2010 |
| | ) Time:  9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Kyle F. Reardon, Assistant United States Attorney, together with counsel for defendant Ralondria Stafford, John R. Manning, Esq., that the status conference set for April 29, 2010 be vacated and continued to the presently set trial confirmation hearing date of May 27, 2010 at 9:00 a.m.  Counsel for both parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code 3161 (h) (7) (B) (iv) (continuity of counsel/reasonable time for effective preparation, specifically further time is needed to review and negotiate a plea agreement) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the trial confirmation hearing, May 27, 2010.

IT IS SO STIPULATED.

Dated: April 26, 2010            /s/ John R. Manning
                                 JOHN R. MANNING
                                 Attorney for Defendant
                                 Ralondria Stafford


Dated: April 26, 2010            Benjamin B. Wagner
                                 United States Attorney

                      by:        /s/ John R. Manning for
                                 KYLE F. REARDON
                                 Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RALONDRIA STAFFORD,<br><br>    Defendant. | CR NO. S-09-0037 MCE<br><br>ORDER TO CONTINUE STATUS CONFERENCE |

GOOD CAUSE APPEARING, it is hereby ordered that the April 29, 2010 status conference be vacated and continued to the presently set trial confirmation hearing on May 27, 2010 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time to for effective preparation exceeds the public interest in a trial within 70 days. IT IS ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to May 27, 2010.

IT IS SO ORDERED.
Dated: April 27, 2010

_____
MORRISON C. ENGLAND, JR

3

UNITED STATES DISTRICT JUDGE