JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>RALONDRIA STAFFORD,<br><br>        Defendant. | CR NO. S-09-037 MCE<br><br>STIPULATION AND ORDER CONTINUING THE TRIAL CONFIRMATION HEARING TO A CHANGE OF PLEA<br><br>Date:  May 27, 2010<br>Time:  9:00 a.m.<br>Judge:  Hon. Morrison C. England, Jr. |

IT IS HEREBY stipulated between the UNITED STATES OF AMERICA through its undersigned counsel, Kyle F. Reardon, Assistant United States Attorney, together with counsel for defendant Ralondria Stafford, John R. Manning, Esq., that the trial confirmation hearing set for May 27, 2010 be vacated and continued to June 10, 2010, at 9:00 a.m. for a change of plea. Counsel for both parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code 3161 (h) (7) (B) (iv) (continuity of counsel/reasonable time for effective preparation, specifically further time is needed to review and negotiate a plea agreement) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the change of plea, June 10, 2010.

IT IS SO STIPULATED.

1

Dated: May 24, 2010                    /s/ John R. Manning
                                       JOHN R. MANNING
                                       Attorney for Defendant
                                       Ralondria Stafford


Dated: May 24, 2010                    Benjamin B. Wagner
                                       United States Attorney

                              by:      /s/ John R. Manning for
                                       KYLE F. REARDON
                                       Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
RALONDRIA STAFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-09-0037 MCE |
| Plaintiff, ) | |
| ) | ORDER TO CONTINUE |
| ) | THE TRIAL CONFIRMATION HEARING |
| v. ) | TO A CHANGE OF PLEA |
| ) | |
| RALONDRIA STAFFORD, ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the May 27, 2010 trial confirmation hearing be vacated and continued to June 10, 2010 at 9:00 a.m. for a change of plea. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time to for effective preparation exceeds the public interest in a trial within 70 days.

///

///

///

///

THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to June 10, 2010.

IT IS SO ORDERED.

Dated: May 26, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE