UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Morrison C. England, Jr.<br>Chief United States District Judge<br>Sacramento, California | RE:  **Ralondria STAFFORD**<br>       Docket Number:  **2:09CR00037-01**<br>       <u>**PERMISSION TO TRAVEL**</u><br>       <u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Ralondria Stafford is requesting permission to travel to Cancun, Mexico.  Ms. Stafford has been supervised in the Northern District of California since her supervised release commenced on November 9, 2012.  According to her supervising probation officer, she is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On May 26, 2011, Ralondria Stafford was sentenced for the offense of 18 USC 1344 – Bank Fraud (Class C Felony).

**Sentence Imposed:**  21 months custody of the Bureau of Prisons; 36-month term of Supervised Release; $100 Special Assessment; $200,000 restitution.  Special conditions include:  Search; Not dissipate assets; Financial disclosure/restrictions; Mental health treatment; Aftercare co-payment.

**Dates and Mode of Travel:**  September 23-27, 2015, via Delta Airlines.

**Purpose:**  Travel is being requested to attend a company leadership training course.  The trip is being paid for entirely by her employer, Xstream Travel.

1

RE: **Ralondria STAFFORD**
    **Docket Number: 2:09CR00037-01**
    <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

*/s/ Laura Weigel*

Laura Weigel
United States Probation Officer

Dated:  September 18, 2015
        Modesto, California
        LW/lr

*/s/ Michael A. Sipe*
**REVIEWED BY:**   **Michael A. Sipe**
                   **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved        ☐   Disapproved

Dated: September 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT